FILED IN CLERK'S OFFICE U.S DISTRICT COURT E.D. N.Y.
★ SEP ~ ~ 2005 ★
TIME A.M. ___
P.M. ___

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL ANTINUCHE,

                           Petitioner,

– against –

SUPERINTENDENT ANTHONY ZON,

                           Respondent.
-----------------------------------------------------------X

**MEMORANDUM and ORDER**

05 CV 1246 (SLT)(RML)

**TOWNES, United States District Judge:**

Petitioner's motion for a stay of the proceedings for him to exhaust claims in state court is DENIED for the reasons stated in the Letter Memorandum of the District Attorney of Queens County, New York, dated September 19, 2005, and filed with the Court that date.

    SO ORDERED.

Dated: Brooklyn, New York
         September 22, 2005

                                              /s/ SANDRA L. TOWNES
                                              United States District Judge